IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TAG/ICIB SERVICES, INC. as agent of CROWLEY AMERICAN TRANSPORT, INC.<br><br>Plaintiff<br><br>vs.<br><br>WC FEED SERVICES, INC.<br><br>Defendant | CIVIL NO. 07-1040(SEC)<br><br>COLLECTION OF FREIGHT AND DEMURRAGE |

### DEFAULT JUDGMENT

Upon plaintiffs' application for Judgment, and appearing from the records of the above entitled cause that default was entered by the Clerk of this Court against defendant for its failure to plead or file an answer to the Complaint, against which plaintiff is entitled to a judgment by default, and the Court being fully advised in the premises, Judgment is now entered against defendant.

IT IS HEREBY ORDERED that defendant pay TAG/ICIB Services, Inc. as agent for Crowley American Transport the amount of $8,215.00 for freight charges and $150.00 for demurrage charges owed pursuant to the applicable tariffs, plus $2,927.75 corresponding to a "Collection Expense Fee" of the total amount due, for a total amount of **$11,292.75,** plus interest and costs.

SO ORDERED.

At San Juan, Puerto Rico, this 19 day of JULY 2007.



U.S. SENIOR DISTRICT JUDGE